```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ALEJANDRO CASTELLANOS,<br><br>        Defendant. | 1:10-cr-0380 LJO<br><br>STIPULATION RE:<br>CHANGE OF PLEA HEARING |

    Defendant CARLOS MARTINEZ, by and through his attorney, ERIC KERSTEN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties agree to vacate the August 22, 2011, trial date, as to the above-captioned defendant, and advance the matter to Friday, August 12, 2011, at 9:30 a.m. for a change of plea.

DATED: August 3, 2011                        Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    By: /s/ Karen A. Escobar
                                                      KAREN A. ESCOBAR
                                                      Assistant U.S. Attorney

/s/ Richard Beshwate
RICHARD BESHWATE
Attorney for Defendant
ALEJANDRO CASTELLANOS

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current trial date of August 22, 2011, will be vacated as to the above-captioned defendant in this matter upon a change of plea that is set for Friday, August 12, 2011, at 9:30 a.m.

IT IS SO ORDERED.

**Dated:   August 3, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2